## **EXHIBIT A**

Erik Bakken
Maurice Bakken